P.O. BOX 5216
CAROL STREAM IL 60197 - 0000

EDWARD MENNES
4325 PORTLAND PKWY
MADISON WI 53714 - 3172

RMSF 00290338

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date canceled | OMB No. 1646-1424 | **Cancellation of Debt** |
|---|---|---|---|
| HSBC CARD SERVICES, INC.<br>P.O. BOX 5216<br>CAROL STREAM IL 60197 - 0000<br>800-388-5333 | 11/12/2011 | | |
| | 2 Amount of debt canceled | **2011** | |
| | $5,135.55 | | |
| | 3 Interest if included in box 2 | Form 1099-C | |
| | $0.00 | | |
| CREDITOR'S Federal identification number<br>9862 | DEBTOR'S identification number<br>7780 | 4 Debt description<br>CREDIT CARD/LOC | **Copy B For Debtor** |
| DEBTOR'S name<br>EDWARD MENNES | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>4325 PORTLAND PKWY | | 5 If checked, the debtor was personally liable for repayment of the debt? ▶ ☒ | |
| City, state, and ZIP code.<br>MADISON WI 53714 - 3172 | | | |
| Account number(see instructions)<br>5421 | | 6 Bankruptcy (if checked) ☐ | 7 Fair market value of property<br>$0.00 |

Form 1099-C    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

**Instructions for Debtor**

If a Federal Government agency, certain agencies connected with the Federal Government, financial institution, credit union, or an organization having a significant trade or business of lending money (such as a finance or credit card company) cancels or forgives a debt you owe of $600 or more, this form must be provided to you. Generally, if you are an individual, you must include all canceled amounts, even if less than $600, on the "Other income" line of Form 1040. If you are a corporation, partnership, or other entity, report the canceled debt on your tax return. See the tax return instructions.
However, some canceled debts are not includible, or fully includible, in your income, such as certain student loans, certain debts reduced by the seller after purchase, qualified farm debt, qualified real property business debt, qualified principal residence debt, or debts canceled in bankruptcy. See Pub. 4681. Do not report a canceled debt as income if you did not deduct it but would have been able to do so on your tax return if you had paid it. Also, do not include canceled debts in your income to the extent you were insolvent immediately before the cancellation of the debt. If you exclude a canceled debt from your income, file Form 982.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the date the debt was canceled.

**Box 2.** Shows the amount of debt canceled. Note: If you do not agree with this amount, contact your creditor.

**Box 3.** Shows interest if included in the canceled debt in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** If the box is marked, the creditor has indicated the debt was canceled in a bankruptcy proceeding.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.



EXHIBIT A