**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| EDWARD MENNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-C-822 |
| CAPITAL ONE, N.A. and HSBC CARD SERVICES INC., | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS**
**TO ANSWER OR OTHERWISE PLEAD TO**
**<u>PLAINTIFF'S CORRECTED AMENDED COMPLAINT</u>**

IT IS HEREBY STIPULATED by and between Plaintiff, Edward Mennes, by his counsel, and Defendants Capital One, N.A. and HSBC Card Services, Inc., by their counsel, that Defendants shall have to and including July 3, 2014, to file their answers or other responsive pleadings to Plaintiff's corrected Amended Complaint (Dkt. No. 21).

Dated: June 19, 2014.

/s/ Nathan DeLadurantey_____     /s/ Angad S. Nagra_____

DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
Phone: (414) 377-0515
Fax: (414) 755-0860
heidi@dela-law.com

*Attorney for Plaintiff Edward Mennes*

Pilgrim Christakis LLP
53 W. Jackson Boulevard, Suite 1515
Chicago, IL 60604
Phone: (312) 939-0953
Fax: (312) 939-0983
kchristakis@pilgrimchristakis.com

*Attorney for Defendants Capital One, N.A. and HSBC Card Services Inc.*

## **CERTIFICATE OF SERVICE**

Angad S. Nagra, an attorney certifies that on June 19, 2014, he electronically filed the foregoing **Stipulation for Extension of Time for Defendants To Answer or Otherwise Plead to Plaintiff's Corrected Amended Complaint,** with the Clerk of the Court by using CM/ECF system, which will send notice of electronic filing to:

Nathan DeLadurantey
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
nathan@dela-law.com
heidi@dela-law.com

/s/ Angad S. Nagra